IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CR. NO. 02-00190-CG** |
| | * | |
| **GARY CHRISTOPHER BROWN,** | * | |
| | * | |
| **Defendant.** | * | |

### ORDER

This matter is before the court on the United States' Motion Filed Pursuant to F.R.C.P. 35, requesting reduction of sentence for substantial assistance in a criminal prosecution (Doc. 279).

Upon due consideration and based on the grounds cited, the United States' motion is **GRANTED**. Therefore, it is **ORDERED** that defendant Gary Christopher Brown's sentence as set out in the judgment entered on January 8, 2004 (Doc. 195) hereby is amended, and his term of imprisonment as to Count 1 is reduced from one hundred thirty-one (131) months to one hundred eighteen (118) months. All other terms and conditions of the sentence and judgment remain the same.

**DONE AND ORDERED** this 8th day of December, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE